# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1904

_____

Addones Spencer

*Plaintiff - Appellant*

v.

S. Phillips, RN, Federal Correctional Complex-Forrest City; William Resto,
Doctor, Federal Correctional Complex-Forrest City; T. Hall, Teacher, FCI-Forrest
City; S. Lopez, Unit Counselor, FCI-Forrest City

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: October 31, 2013
Filed: November 5, 2013
[Unpublished]

_____

Before LOKEN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Addones Spencer appeals following the district court's[1] dismissal of his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  Upon de novo review, <u>see</u> <u>King v. Iowa Dep't of Corr.</u>, 598 F.3d 1051, 1052 (8th Cir. 2010), we conclude that the district court properly denied preliminary injunctive relief and, based on the record before the court, correctly dismissed the complaint without prejudice for lack of administrative exhaustion.[2]  The judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

[2]In his appellate submissions, Spencer raises several new matters.  We decline to address them.  <u>See</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914-15 (8th Cir. 2004).